# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 13 |
| | ) | |
| Kenneth Owens | ) | CASE NO. 18-15773 |
| | ) | |
| Debtor | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| | ) | **OBJECTION TO THE TRUSTEE'S** |
| | ) | **MOTION TO DISMISS CASE FOR** |
| | ) | **FAILURE TO APPEAR AT MEETING** |
| | ) | **OF CREDITORS** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Now comes the Debtor, by and through the undersigned counsel, to hereby request this Honorable Court to deny the Trustee's Motion to Dismiss Case for Failure to Appear at Meeting of Creditors.

The Meeting of Creditors was scheduled for November 21, 2018. Debtor failed to appear because he was required to take his daughter to the hospital for medical treatment. Debtor wishes to proceed with this bankruptcy and will appear at the next hearing should this Court grant a rescheduled Meeting of Creditors.

Debtor prays the Trustee's Motion is not granted.

                                                                Respectfully Submitted,

                                                                 /s/Alexander V. Sarady
                                                                 Alexander V. Sarady (0075500)
                                                                 Rauser & Associates
                                                                 614 West Superior Avenue
                                                                 Cleveland, Ohio 44113
                                                                 Telephone: (216) 263-6200
                                                                 Facsimile: (216) 263-6202
                                                                asarady@ohiolegalclinic.com
                                                                Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

This is to certify that on January 3, 2019, a true and correct copy of the objection was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List.

**Debtor's Attorney:**
Alexander V. Sarady, on behalf of Debtor, at asarady@ohiolegalclinic.com

**Chapter 13 Trustee**
Lauren Helbling, on behalf of the Chapter 13 Trustee at ch13trustee@ch13cleve.com

And by regular U.S. mail, postage prepaid on:

**Kenneth Owens**
2902 Woodhill Road Apt. 2
Cleveland, OH 44104

/s/Alexander V. Sarady
Alexander V. Sarady (0075500)
Rauser & Associates
950 Rockefeller Building
614 West Superior Avenue
Cleveland, Ohio 44113
Telephone: (216) 263-6200
Facsimile: (216) 263-6202
asarady@ohiolegalclinic.com
Attorney for Debtor(s)