United States Bankruptcy Court
Northern District of Ohio

In re:  
Kenneth Owens  
       Debtor

Case No. 18-15773-aih  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0647-1     User: cille     Page 1 of 2     Date Rcvd: Feb 26, 2019  
                               Form ID: pdf711     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2019.

```
db            +Kenneth Owens,    2902 Woodhill Road Apt. 2,    Cleveland, OH 44104-4539
25669429     ++CUYAHOGA COUNTY TREASURER,    2079 EAST 9TH STREET,    FIRST FLOOR,    CLEVELAND OH 44115-1302
               (address filed with court:  Cuyahoga County Fiscal Office,    2079 East 9th Street,
               Cleveland, OH 44115)
25669425      +Capital Recovery Systems,    750 Cross Pointe Road,    Suite S,    Columbus, OH 43230-6693
25706313      +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
25669426       City of Cleveland Division of Water,    P.O. Box 94540,    Cleveland, OH 44101-4540
25669427      +City of Cleveland Parking Violations,    P.O. Box 99939,    Cleveland, OH 44199-0939
25669428       Cuyahoga County Child Support,    P.O. Box 93318,    Cleveland,, OH 44101-5318
25724264      +DOMINION ENERGY OHIO,    P.O. BOX 5759,    CLEVELAND, OH 44101-0759
25669430       Dominion Energy Ohio,    P.O. Box 26785,    Richmond, VA 23261-6785
25669431      +First Federal Credit Control,    24700 Chagrin Blvd. #205,    Beachwood, OH 44122-5662
25669432      +Hannah F.G. Singerman,    310 W. Lakeside Ave.,    3rd Floor,    Cleveland, OH 44113-1044
25669434       NEORSD,    P.O. Box 94550,    Cleveland, OH 44101-4550
25669435      +Office of Ohio Attorney General,    Collections Enforcement Section,    150 E Gay St,
               Columbus, OH 43215-3130
25669437      +PFS,    470 White Pond Dr., STE 200,    Akron, OH 44320-1185
25669436      +Parma Municipal Court,    5555 Powers Blvd.,    Parma, OH 44129-5462
25669438      +Professional Finance,    P.O. Box 811,    Spartanburg, SC 29304-0811
25669440      +Willoughby Municipal Court,    4000 Erie Street,    Willoughby, OH 44094-7888
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
25669433       E-mail/Text: bankruptcy@huntington.com Feb 26 2019 23:08:56      Huntington Bank,
               P.O. Box 182519,    Columbus, OH 43218-2519
25681125      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Feb 26 2019 23:09:39      KeyBank, NA,
               4910 Tiedeman Rd,    Brooklyn, OH 44144-2338
25673678      +E-mail/Text: bankruptcy.noticing@security-finance.com Feb 26 2019 23:07:26
               Professional Financial Services,    PO Box 1893,    Spartanburg, SC 29304-1893
25700920      +E-mail/Text: bankruptcy@huntington.com Feb 26 2019 23:08:56      The Huntington National Bank,
               3 Cascade Plaza CAS056,    Akron, OH 44308-1124
25743042      +E-mail/Text: bankruptcy@firstenergycorp.com Feb 26 2019 23:09:12      The Illuminating Company,
               5001 NASA Blvd,    Fairmont WV 26554-8248
25669439       E-mail/Text: bankruptcy@firstenergycorp.com Feb 26 2019 23:09:13      The Illuminating Company,
               76 S. Main St.,    Akron, OH 44308-1890
                                                                                              TOTAL: 6
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2019                                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2019 at the address(es) listed below:

         Alexander V. Sarady     on behalf of Debtor Kenneth Owens asarady@ohiolegalclinic.com,  
         rauser@bestclientinc.com;nkrenisky@ohiolegalclinic.com;rausermail@ohiolegalclinic.com;rauserlaw@gmail.com;cle13ecf@gmail.com;rauserecfmail@gmail.com;chapter13cle@gmail.com;mresar@ohiolegalclinic.com  
         Lauren A. Helbling     ch13trustee@ch13cleve.com, lhelbling13@ecf.epiqsystems.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Melissa L. Resar　　on behalf of Debtor Kenneth  Owens mresar@ohiolegalclinic.com, rauser@bestclientinc.com;nkrenisky@ohiolegalclinic.com;rausermail@ohiolegalclinic.com;rauserlaw@gmail.com;cle13ecf@gmail.com;rauserecfmail@gmail.com;chapter13cle@gmail.com;rauserandassociates@gmail.com

                                                                                                                                         TOTAL: 3

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on February 26, 2019, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: February 26, 2019**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re    KENNETH OWENS    ) Case No. 1815773
xxx-xx-6873

) Chapter 13 Proceedings

Debtor(s)    ) Judge Arthur I. Harris

### ORDER DISMISSING CASE AND RELEASING
### INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT

    This case came on for consideration by the Court upon all the matters scheduled for hearing on February 7, 2019. Upon the representations made in open court and upon the oral motion of the Trustee, the case is hereby dismissed for the following reason(s):

    The Debtor is in material default in funding the Plan, either pursuant to §§1307(c)(4) and 1326(a)(1)(A) of the Bankruptcy Code, or pursuant to this Court's policies and procedures regarding plan funding, which require the Debtor to be current in plan funding at the time of confirmation.

The Debtor(s) and/or the Debtor's employer(s), as well as the future income of the Debtor(s), is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

The Trustee is authorized to pay to the Bankruptcy Court an amount equal to the amount of any unpaid filing fees. Any payment made to the Bankruptcy Court for unpaid filing fees shall be paid from funds received either from or on behalf of the Debtor(s) prior to the dismissal of this case and, in order to comply with Bankruptcy Rule 1006(b)(3) and any relevant statute(s), said distribution may be made before (and possibly to the detriment of) any other authorized but unpaid distributions and/or refunds. The Trustee is also authorized to retain the administrative fee on funds received.

Submitted by:
/s/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216)621-4268
Fax (216) 621-4806
Ch13trustee@ch13cleve.com

**SERVICE LIST**

Lauren A. Helbling, Chapter 13 Trustee
(served via ECF)

Office of the U.S. Trustee
(served via ECF)

All creditors and parties of interest
(served via ECF)

MELISSA L RESAR, Attorney for Debtor(s)
(served via ECF)

KENNETH OWENS, Debtor(s)
2902 WOODHILL ROAD #2, CLEVELAND, OH 44104